General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS



**FILED**

FEB 0 5 2021

Clerk, U.S. District Court
Eastern District of Texas

_____James Hardaway_____

_____

Case Number: __4:21CV109__

**SDJ/CAN**

_____

List the full name of each plaintiff in this action.

VS.

_____Sprint Corporation_____

_____

_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      3. Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

      _____

      _____

      _____

    C.    Results of the conference with counsel:

_____

_____

_____

II.    List previous lawsuits:

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?    _____Yes    _____ No

    B.    If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

        1.    Approximate file date of lawsuit: _____

        2.    Parties to previous lawsuit(s):

            Plaintiff _____

            Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

        3.    Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

            _____

        4.    Docket number in other court. _____

        5.    Name of judge to whom the case was assigned. _____

        6.    Disposition: Was the case dismissed, appealed or still pending?

            _____

        7.    Approximate date of disposition. _____

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

        Pla #1   James Hardaway

        18777 Midway Road Apt. 1101

        Dallas, TX 75287

        Pla #2 _____

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:   Sprint Corporation

        6200 Sprint Pkwy. Overland Park, KS 66251

        Dft #2: _____

        Dft #3 _____

    Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

Sprint has advertised, marketed, distributed, or sold mobile phone and data plans to consumers in this district and throughout the United States.

2. Sprint received three notarized affidavits from the Plaintiff between July 2020-October 2020 disputing the alleged debt and requesting the name and address of the original creditor. Sprint never provided the requested information and continued to collect on the alleged debt

3. In numerous instances, Sprint sent text messages and emails attempting to collect the debt after receiving the affidavits disputing the debt.

4. In numerous instances, Sprint sent messages threatening to terminate service and has terminated service after receiving the affidavits

5. Sprint sent statements every month since 2011 requesting "payment" on an "account". The documents sent to the Plaintiff used incorrect definitions for "payment" and "account" and misrepresent amounts. Each statement had numerous instances of misleading information when held under the scrutiny of federal law.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

1. Enter judgment against Sprint and in favor of Plaintiff for each violation listed in this Complaint.

2. Enter a permanent injunction to prevent future violations of the FDCPA.

3. Award such relief to redress injury to the consumer resulting front Sprint's years of habitual violation of the FDCPA, disrupting the plaintiff's ability to work, causing undo stress and mental anguish for years at a time in the amount of $20,000,000.

4. Award Plaintiff with an upgraded phone.

5. Award the refund of monies paid since 2011 in the amount of $13,006.26

6. Award Plaintiff monetary civil penalties front Sprint for each violation of the FDCPA listed in this complaint;

7. Award Plaintiff the costs of bring this action.

Signed this ___5th___ day of ___February___ (Month), 20 _21_ (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: ___2/05/2021___
                Date

James Hardaway

*[signature: Jms Hardaway]*
18707 Midway rd. Apt. 1101 Dallas Tx 75287
Signature of each plaintiff